IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAWN SCHNEIDER, individually and on behalf of similarly situated individuals,<br><br>*Plaintiff,*<br><br>v.<br><br>STATE NATIONAL INSURANCE COMPANY, INC., a Texas corporation,<br><br>*Defendant.* | Case No. 22-cv-02954<br><br>Hon. John R. Blakey |

## JOINT STATUS REPORT REGARDING DISCOVERY

Pursuant to this Court's May 5, 2023 Minute Entry (Dkt. 37), the Parties provide the following Joint Status Report regarding the status of discovery and other case management deadlines:

### *Plaintiff's Position*

On July 20, 2023, Plaintiff served second sets of written discovery requests and interrogatories to Defendant. By agreement, Defendant's responses thereto and document production are currently due September 5, 2023. Thereafter, Plaintiffs intend to take a Rule 30(b)(6) of Defendant as well as a deposition of third-party Tesla, Inc. and/or Tesla Insurance Inc., by September 30, 2023. Accordingly, Plaintiff anticipates completing fact discovery by the current deadline, but reserves the right to seek an extension to the extent that the depositions of Defendant or third parties reveal the existence of relevant documents that have not been produced.

Despite taking the deposition of Plaintiff, Defendant has requested additional irrelevant and out-of-scope discovery regarding Plaintiff's medical history and discovery targeted towards Plaintiff's non-party family members. While Plaintiff questions the necessity of and motive behind

1

these additional discovery requests, Plaintiff has offered to meet and confer with Defendant in good faith in an attempt to resolve them.

Plaintiff anticipates requiring expert discovery for class certification and merits issues, but does not presently intend to seek summary judgment.

***Defendant's Position***

<u>Written Discovery</u>:  on August 22, 2023, Defendant propounded a third set of discovery requests.

<u>Depositions</u>: Defendant has deposed the named Plaintiff.  In his deposition, he testified that he had surgery that prevented him from driving for two months, which is relevant to key issues in this case:  his Safety Score and insurance premium.  Defendant has requested that Plaintiff's counsel obtain their clients signature on a HIPAA authorization form that would allow the hospital at which the surgery occurred to release the relevant medical records pursuant to subpoena. Plaintiff's counsel has failed to respond.

Defendant has attempted to meet and confer with plaintiff's counsel on obtaining proposed dates for the depositions of household family members of the Plaintiff (his wife and son) who are likely to possess relevant information about his driving behavior and their experience of driving the Tesla vehicles that are a part of the household. As of the date of the submission of this report, Plaintiff's counsel has provided no dates for these depositions despite defendant's counsel's repeated requests.

<u>Expert Discovery</u>:  The Parties have agreed the deadline for expert discovery should be set approximately 120 days after the close of fact discovery. Therefore, the Parties respectfully request that the deadline for expert discovery be set for January 31, 2024.

Dispositive Motions: Defendant anticipates filing a dispositive motion but may need to complete fact and expert discovery before making a final determination. Defendant respectfully requests that the Court set a deadline of sixty days after the close of expert discovery for dispositive motions.

**Status of Settlement**

The Parties have had preliminary discussions regarding settlement but believe that completion of further discovery is necessary before further settlement discussions would be productive.

| | |
|---|---|
| Dated: August 25, 2023 | Respectfully Submitted, |
| SHAWN SCHNEIDER, individually and on behalf of a class of similarly situated individuals | STATE NATIONAL INSURANCE COMPANY, INC., |
| By: /s/ *Timothy P. Kingsbury*<br>*One of Plaintiff's Attorneys* | By: /s/ *James J. Oh*<br>*One of Defendant's Attorneys* |
| Eugene Y. Turin<br>Timothy P. Kingsbury<br>Andrew T. Heldut<br>**MCGUIRE LAW, P.C.**<br>55 W. Wacker Drive, 9th Fl.<br>Chicago, IL 60601<br>Tel: (312) 893-7002<br>eturin@mcgpc.com<br>tkingsbury@mcgpc.com<br>aheldut@mcgpc.com<br><br>*Attorneys for Plaintiff and the putative Class* | James J. Oh, Esq.<br>Epstein Becker & Green, P.C.<br>227 W. Monroe Street, Suite 3250<br>Chicago, IL 60606<br>Phone: 312-499-1470<br>Email: joh@ebglaw.com<br>ARDC # 6196413<br><br>Min K. Kang<br>**CODDINGTON HICKS & DANFORTH**<br>555 Twin Dolphin Drive STE 300<br>Redwood City, CA 90401<br>Tel: (310) 981-4920<br>Mkang@chdlawyers.com<br><br>*Attorneys for Defendant State National Insurance Company, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that, on August 25, 2023, I caused the foregoing *Joint Status Report Regarding Discovery* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Timothy P. Kingsbury