**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHAWN SCHNEIDER, individually and on behalf of similarly situated individuals, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>STATE NATIONAL INSURANCE COMPANY, INC., a Texas corporation, )<br>)<br>*Defendant*. )<br>) | Case No. 22-cv-02954<br><br>Hon. John R. Blakey |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff Shawn Schneider and Defendant State National Insurance Company, Inc. have reached an agreement to settle this matter. Accordingly, a Stipulation of Dismissal is being filed concurrently with this Notice.

Dated: October 13, 2023   Respectfully submitted,

SHAWN SCHNEIDER

By: /s/ Timothy P. Kingsbury
*One of Plaintiff's Attorneys*

Eugene Y. Turin
Timothy P. Kingsbury
Andrew T. Heldut
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
eturin@mcgpc.com
tkingsbury@mcgpc.com
aheldut@mcgpc.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2023, I electronically filed the foregoing *Notice of Settlement* with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

                                                /s/ Timothy P. Kingsbury