IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAWN SCHNEIDER, individually and on behalf of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>STATE NATIONAL INSURANCE COMPANY, INC., a Texas corporation,<br><br>*Defendant*. | Case No. 22-cv-02954<br><br>Hon. John R. Blakey |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff Shawn Schneider and Defendant State National Insurance Company, Inc., through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this matter is hereby dismissed in its entirety, with Plaintiff's claims dismissed with prejudice, and with the claims of the putative class members dismissed without prejudice, with each Party to bear their own respective fees and costs.

IT IS SO STIPULATED.

Dated: October 13, 2023

SHAWN SCHNEIDER

By: /s/ *Timothy P. Kingsbury*
*One of Plaintiff's Attorneys*

Eugene Y. Turin
Timothy P. Kingsbury
Andrew T. Heldut
**MCGUIRE LAW, P.C.**
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
eturin@mcgpc.com
tkingsbury@mcgpc.com

Respectfully submitted,

STATE NATIONAL INSURANCE COMPANY, INC.

By: /s/ *Min K. Kang*
*One of Defendant's Attorneys*

James J. Oh, Esq.
Epstein Becker & Green, P.C.
227 W. Monroe Street, Suite 3250
Chicago, IL 60606
Phone: 312-499-1470
Email: joh@ebglaw.com
ARDC # 6196413

Min K. Kang

1

| | |
|---|---|
| aheldut@mcgpc.com | **CODDINGTON HICKS & DANFORTH**<br>555 Twin Dolphin Drive STE 300<br>Redwood City, CA 90401<br>Tel: (310) 981-4920<br>Mkang@chdlawyers.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant State National Insurance Company, Inc.* |

**CERTIFICATE OF SERVICE**

  I hereby certify that, on October 13, 2023, I caused the foregoing *Stipulation of Dismissal* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

                /s/ Timothy P. Kingsbury